# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 30, 2016

## NO. 03-15-00405-CV

**Darrell J. Harper, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM 201ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND BOURLAND
## AFFIRMED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment signed by the district court on May 29, 2015. Having

reviewed the record and the parties' arguments, the Court holds that there was no reversible error

in the district court's judgment. Therefore, the Court affirms the district court's judgment.

Because appellant is indigent and unable to pay costs, no adjudication of costs is made.